[Doc. Nos. 39 & 40]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

KIMBERLY HALPIN,

        Plaintiff,

  v.

CITY OF CAMDEN, et al.,

        Defendants.

Civil No. 05-2088 (RMB)

**ORDER**

      This matter comes before the Court upon motions for summary judgment by Defendant City of Camden Police Detective Maurice Gibson, and Defendants City of Camden, and City of Camden Police Detectives Rogelio Perez, Edward Spillane, and Julio Rios; and the Court having read the parties' submissions; and for the reasons stated in the Opinion issued this date,

      IT IS, HEREBY, this **21st** day of **May**, 2007,

      **ORDERED** that Defendants City of Camden, Perez, Spillane, and Rios' motion for summary judgment is granted in part and denied in part; and

FURTHER **ORDERED** that Defendant Gibson's motion for summary judgment is denied in part and granted in part.

                                                                s/Renée Marie Bumb
                                                                RENÉE MARIE BUMB
                                                                United States District Judge